6:14-CV-246-ORL-36GJK

To Whom It May Concern:

I am writing in regards to a letter I received from the Equal Employment Opportunity Commission. This letter is to request a state appointed lawyer, and to provide reason for my request. I would like to thank you in advance for taking the time to read over my case.

I worked for Walt Disney World from January 8, 2005-August 2, 2013. I was wrongfully terminated from Disney by means of entrapment. I was asked by my cousin, James Bartlett, to use my guest pass, and help a few of his friends to enter the park. James had asked me to wait at the front gate while he went to meet his friends in the parking lot. These friends he told me, was a "service buddy" and company. A short while later, I received a text from James to meet them over by the restroom, and to "just go with it" so I proceeded to meet them. When I'd arrived, I met with my cousin, a man & two women. The girls wanted me to go in the restroom with them, where they then shoved money in my hand. Being under the assumption that these women were either in the military, or family of, I didn't want to offend, and I was told to "go with it." I know a lot of military personnel have PTSD, which I didn't want to trigger, so I did as I "went with it". I never asked them, nor my cousin for money. I understand my guest pass is to get people in at no cost, and that is against policy. Over the past eight years, I have used my guest pass to get friends into the park at least sixty times, without compensation.

When we left the bathroom, still confused about why this money that was pushed on me, we went up to the front gate. Once everyone was through the gate, the two women proceeded to pull out Disney identification cards. Immediately following entry, I was brought into the office to talk to management about the incident. My cousin went with a sheriff on property. I was showed a craigslist posting, offering parkhopper tickets, posted by my cousin. This was before my HR rep showed up, and also the first I'd seen or heard of this. I spoke to the Area Manager, Karel Rhodes, and he told me that, due of the incident, I would be placed on a two week suspension. I'd had no knowledge of this matter, and was more of a victim, much less selling tickets. My cousin manipulated me, which both he and I told them, yet I was thrown out without a second thought. The following day I received a phone call, asking me why I had not clocked in. When I explained to them that I d been put on administrative leave, they said they would look into it. Several hours later, I received a call from Breky Nezier, the Guest Service Manager, and I was informed I needed to come in the next day, to speak with Alan Darden, who was the Custodial Department's Head Manager. When I came in to meet with Alan, he did not show up. I was then directed to meet with my union representative and Breky. Breky told me he didn't know the full story, but was informed by Alan that my employment had been terminated. This two week suspension suddenly became a 2 day termination, without proper representation, or a fair chance/ process of review.

Since id been working with Disney, id had other problems involving management. Such as hardship about working there with epilepsy. By order of my doctor, Doctor Charles Powers (a Disney insurance provided Physician), I was to take lunch at 5:30pm every day I worked. Id later discovered that somehow my clock out schedule was changing itself, to show that I was clocking out at 3:30pm, when I was still working. I was given a lunch break, however my punch times for that break were altered. If I were to be injured while working from that 3:30pm to 4:00pm, it would show that I was not on the clock and thus not be covered for being injured at work.

1

In 2010, I was in a motorcycle accident with my father on my way to work. We were on back roads going to the gas station and, in soft sand, wrecked. Due to the fact that I was unable to report to work, I called my manager and explained that I could not make it to work. After explaining the situation, management stated I could go on medical leave or continue to work. Since my job was my only source of income, with no leave time available without losing my pay, I could not afford to take the time off. I decided then to work. Even with a doctor's note, I was still not put on light duty and was made to work a normal shift, in one of the more strenuous areas, with my injuries. Disney had no concern for my physical condition. Meanwhile, my fellow cast members knew about my accident and were helping me as much as they could though out my shift. Records will show in 2012 I had a manager Faith Bordonaro, accuse me of neglecting my custodial duties, and leaving a restroom unfit, taking pictures of restroom. However, my assigned restrooms were clean, and when I challenged this with Labor relations, I won since all the restrooms looked the same, and this proving and faith had gone out of her way to find an unfit one, and throw blame at me. I bring these incidents to your attention, as simple employee neglect, discrimination, and abuse.

On the termination matter, Disney's union filed a wrongful termination suit. I have attempted to get multiple lawyers to take my case, but to no avail. These are to include, but not limited to, Morgan & Morgan, Bogin, Munns & Munns and Jacob & Goodman; as well as some personal friends within the profession. Morgan & Morgan stated that they would take the case. However, within the next few weeks, I received a call from them stating they did not want to take the case anymore. Bogin, Munns & Munns stated that i needed to provide evidence and proof of a case before they would accept it; I had no paper evidence of any of this at the time, and Disney would not give me any. Jacob & Goodman stated the case was outside of their expertise of cases and would not take it. I also contacted a private lawyer, who is a friend of a friend of mine, and I was informed that it was outside of his field of expertise as well. In closing, i am sending you this letter in hopes of obtaining a state appointed lawyer to take my case. In my opinion, I believe it is this is only because Disney is involved. I hope to hear back from you as soon as possible on this matter so as I know what direction and action I need to take. I have recently received a letter from the EEOC stating that I have done nothing against any state statutes and that I have a case. The letter also stated, if I cannot get a lawyer on my own, to contact the U.S District Court to receive a representative to take my case based on the fact that no one else will.

Thank you for your time and consideration,

Krystiniamarie Anne Hayden

*[signature]*

1419 Oregon Avenue
Saint Cloud, FL 34769

Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2014-01242 | Nilia Marti, Investigator | (305) 808-1775 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Malcolm S. Medley,
District Director

1-31-14
*(Date Mailed)*

Enclosures(s)

cc: **Respondent Representative**

Attn: Susan Moore, Director, HR Compliance
WALT DISNEY WORLD COMPANY
PO Box 10000
Orlando, FL 32830

*If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS  --  Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS  --  Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than <u>2 years (3 years)</u> **before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – not 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION  --  Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

(Please Print)

**Name:** Hayden, Krystimaie

**Job Title:** Custodial H/H

**Work Location:** Epcot - WSC

**Pernar:** 00129505

**Work Status:** ☑ FULL TIME  ☐ CASUAL REGULAR

**Grievance Type:** ☑ Termination  ☐ Reprimand  ☐ Class Action  ☐ Other

**Name of Immediate Manager:** Allen Darden

**Date Grievance Occurred On or About:** 8/2/13

**Phone Number:**

### STEP ONE:

Grievance Presented Verbally to Immediate Manager (Within 14 Calendar Days of Occurrence) — DATE — MANAGER NAME

**Manager's Response:** ☐ Denied  ☐ Granted

### STEP TWO: Grievance Reduced to Writing and Presented to Management / Labor Relations

**Date Grievance Presented to Management:**

**Manager Signature:**

**Article(s) / Section(s) of the Contract Allegedly Violated:** Article 18 and all others that apply

**Description of How Above Article(s) / Section(s) was Allegedly Violated:**

Unjust Termination

**Union Remedy Requested:** Reinstatement. Make employee whole with compensation whole.

**Signature of Shop Steward / Union Representative Submitting Form:** [signature]

**Signature of Employee:** Kristi Hayden

**Date of Step Two Meeting:**

**Management Signature:**

**Management Response:** ☑ Denied  ☐ Granted

**Date of Reply:**

### LABOR RELATIONS USE ONLY

☐ SAP  ☐ Hummingbird
☐ Record Card  ☐ Statements

**LR Received Date:** RECEIVED AUG 0 8 2013

WDW LABOR REL[...]

Page 2

Employee Name: Krystwiamarie Hayden   Pernert# 00129505   Grievance # 105R518

### STEP THREE

Date of Step Three Meeting: 9/2/13

**PRESENT AT STEP THREE**

| LR Manager (s): | Union Representative (s): |
|---|---|
| Will Maynard | Eric Clinton |

Name of 3rd Step Decision Maker: Emilio Fabico
Signature: [signed]
Date of Reply: 9/5/13

Company's Reply at Step Three:  ☒ Denied   ☐ Granted   ☐ Other

Comments:

---

### STEP FOUR

Date of Step Four Meeting: 10/18/13

**PRESENT AT STEP FOUR**

| LR Manager (s): Will Maynard | Union Representative (s): Eric Clinton |
|---|---|
| Company JSC Member's Name: Bill Thompson | Union JSC Member's Name: Randy Slusser |
| ☒ Denied   ☐ Granted   ☐ Other | ☒ Denied   ☐ Granted   ☐ Other |
| Signature: [signed]   Date: 10/18/2013 | Signature: [signed]   Date: 10/18/13 |

Comments:

---

Date of Arbitration Requested:

FMCS#

Revised 2/1/13

Krysti Hayden <krystihayden@gmail.com>

---

## In regards to Krystinamarie Hayden
1 message

---

**Nick Fenton** <nsfenton@gmail.com>  
To: Eclinton@unitedhere.org, Krystiniamarie Hayden <krystihayden@gmail.com>

Wed, Aug 28, 2013 at 9:15 PM

Dear Eric,

    Im writing you in regards to the events concerning Krystina. I myself a former cast member with security. Find at they way this was handled by disney appling . Enforcing stuff on the internet as in a copyright yes, Visiting craigslist and setting people is over stepping there boundaries. Ive know Krystina for a number of years, ive even had fortune of meeting her Mother and Father, Both of whom work and did work for Disneyworld. Disney is in her family and knowing her for as many years as i have. I know for a fact that she wouldn't jeopardize her job and everything she has worked for. Shes been a great friend to many full time, part time and CP, ICP cast members through out the years. Ask anyone and they will agree, she wouldn't do something like this. I know that with me writing you, your not the one to make the final call on stuff but your here to help her regain what was wrongfully taken and to help right this. And to make sure this stuff doesn't happen again. Ive know of them going online for example: Ebay and removing costumes being sold by people, That makes sense. Visiting craigslist and fabricating a story for pregnancy and coxing her into a private place and just handing her money that at no point did she ever ask for, then having her enter the park is entrapment. They have no grounds to stand on, specially when they mention that if they would have given her more money that it would have been and even stiffer penalty of a mister-minor. I've been in front of the water parks on duty and seen cp's openly sell tickets. At that point yes we took action. But hidding being the internet and a restroom, Disney is a corporation and private property. Not law enforcement. Also the 2 weeks she was to be given, having that cut down to a few days is also a shame. It almost makes me regret some days having worked for Disney. Everyone is to be treated fair, plain and simple. if she was to be given 2 weeks , there should be 2 weeks. If someone in florida can take a year and a half to go to court for a crime, yet disney can have a deputy there on the spot and threaten a mister-minor and follow it up with a trespass in a few days. Something isnt right here.

So not only should Krystina be reinstated and this removed from her record. There needs to be some changes made to how and what the reach of this group from disney has. As for as i ever knew unless it was seen first had by security or reported and seen by management it was enforceable. But again hiding behind the internet and doing a one sided deal that the person has no knowledge of is more in the realm of law enforcement, and last time i knew. The two sheriffs offices. Are invited to work the property and they are the ONLY law enforcement that can do internet stings.

    So with closing I am asking you Eric to help Krystina win the wronging that has been brought against her. Also about other people knowing what was happening to her before she did is a breach of privacy and I hope that they are reprimanded for this.

Sincerely

Nick Fenton

It has come to my attention that this company does not understand the severity, and safety action required, of Post Traumatic Stress Disorder (PTSD). As a veteran and former cast member, this disturbs me greatly. When Krystiniamarie Anne Hayden informed me of the circumstances surrounding her termination, I was outraged. How could a company holding safety as their first key chastise a cast member for displaying just that. Not only was she protecting herself, but the other guests within the restroom where this event took place. With the information she had available from her cousin, one Corporal (Cpl) James Bartlett, she acted according to proper PTSD safety when interacting with a former military personnel; one of whom she did not have any proper background on and within the belief they had served with Cpl Bartlett.

Fortunately, I was never in the position of having to be deployed overseas. However, a car accident can be enough to inflict someone with this very serious disorder; mine was one such event. A friend of mine had just picked me up from my apartment with two of our other friends in the van, one in the front passenger and the other in the backseat. I hopped in the backseat and before we even left the parking lot, I made sure everyone was buckled in. This has always been common practice for me and I refuse to leave anywhere in a vehicle without everyone properly restrained. We were maybe a mile away from my apartment when it happened. The driver, for reasons unbeknownst to anyone but himself, took a right hand turn at the intersection of US Highway 17-92 and S.R. 434 going approximately thirty miles per hour. The van couldn't handle the turn at the speed and overshot the lanes. The first car in the turning lane took off as we approached and we took out a traffic sign at the median as the second car moved forward to also avoid being hit. The sign should have gone through the windshield, but instead went right over the vehicle. I saw what should have happened and was grateful for what did occur. We collided with the third car in the lane and pushed it up onto the median with us. No one was injured except for some minor burning on the driver of the vehicle we hit when his airbags went off. He had a child safety seat in the back and explained to the police that he usually has his daughter on those days, but that day he didn't. According to one of the officers who arrived on the scene, it was a good thing we were wearing our seat belts; they were the reason we were still alive. At that acknowledgment, I remembered the sign scraping up over the van.

I had no control over the accident and was completely at the mercy of the driver and fate. The day I went back to work, I ended up leaving early. I was dizzy and lightheaded and was having trouble focusing on what I was doing; let alone keeping my balance. I went back to the hospital to get checked out and after a few tests was told nothing was wrong physically. I was a experiencing Post Traumatic Stress Disorder. My symptoms now are better than they were right after the accident. Whenever I am in a vehicle with a driver I am not familiar with, I'm a very nervous passenger. I make use of the "passenger brake" when I feel like they are breaking too hard or too late, and I grip the door handle on turns and some stops if I feel they are too hard; this tends to raise the driver's attention more often than not. This can make for a very awkward situation; however, I've been through this enough times to where it's just common practice now. Once they know about the accident, they understand a bit better. Many times, the driver will offer to change how they drive, and usually they do. As kind as this is, I don't ever expect special treatment. These days, I just need to learn the driver's habits in how they drive. Once I'm accustomed to their style, I'm okay riding with them. However, my personal safe feelings can take months of riding with the person to acquire; even then, I find myself lightly holding the door or even lightly tapping the "passenger brake." Driving is a different playing field. I am actually quite comfortable driving; It's all a matter of how much control do I have over the situation. I know that if I'm driving, I can avoid an accident; there's no guarantee of this when I'm the passenger.

know when I was coming up behind him, avoiding having my hands anywhere near his face or moving too quickly within the edge of his peripherals. Anytime I come home from somewhere and I know he's home, I always make my identity known. All of these actions, he explained, were for my safety. I have taken very careful consideration of these and have been very understanding. It's easy to accommodate someone who suffers from the disorder when you yourself also deal with it on a regular basis. My behavior has not always been perfect, however. There have been a few occasions when habit has almost gotten me seriously injured. James has always stopped himself before instinct took the wheel. Had he not had so much control, things may have gone completely different. These reactions are not his conscious doing, but my own accidental triggering of a subconscious need for self preservation.

With the information Krystiniamarie was given at the time of the event in question, she acted exactly as she should have. Being under the impression that these were friends of James' (quite possibly being Marine Corps) and being told to do what they asked, she acted correctly within her knowledge and experience of PTSD. Without knowing the person you're dealing with, there's no telling what may or may not trigger a negative physical response. Being denied, what was perceived as a monetary gift, could have triggered a negative response. By accepting the money, Krystiniamarie was actively keeping herself and the guests around her safe and living up to the Disney Cast Member Four Keys. I've come to understand in my short time with the company that the Safety Key only seems to apply to guests and even with this being the case, she did her Cast Member duty and kept several people safe. What was her reward? Termination, inability to acquire another job and little to no progress for the last two, almost three, months. I am appalled with the behavior this company is displaying with this case: blatant disrespect for veterans and ignorance towards a very serious mental disorder. This young woman should not have to suffer because she did the right thing considering the circumstances and the information provided to her. If anyone should be punished, it should be the Cast Members who coerced her into a very potentially dangerous situation, not the woman protecting herself and those around her.

Sincerely,
Lindsey Marie Ross
Former Airman of the USAF
Former Walt Disney World Cast Member pending promotion to Safety Facilitator

I am writing on the behalf of a dear friend to me, Kristinamarie Hayden. I am writing to protest the way I have seen your company to be handling her situation in regards to her termination. I can understand wanting to protect company interests from those that would abuse any perks given simply for personal gain, however the protection of said interests should not come at the cost of a proper investigation. It is worth noting that Krystiniamarie has been a fine employee and has in her 8 years of service to the company has never shown the slightest inkling of betrayal or intent to take the privileges given to her and using them in an unseemly manner. Taking even this much information into account should warrant a closer look at the happenings of the incident and weather or not she was in fact attempting to profit from this her privileges as a park employee.

I have little interest in wasting your time by recounting the same full story that you have already read from so many, however knowing what transpired, it is worth mentioning that Krystiniamarie did not in fact expect to receive money for the her act of signing people in. She thought she was helping some friends of her cousin (James Bartlett). The way the situation had been presented to her, she thought that the individuals involved in this incident were either former or active members of the marine core that her cousin James had served with.

At this time I would like to point out my relevance to writing this letter. I am an active member of the United States Navy, and as such work with marines and other service members on a regular basis. Any member of the military is subject to the potential of Post-traumatic stress disorder (PTSD). Marines especially are at very high risk for such a disorder because of the extremely hazardous nature of their work. Dealing with these people is always a touchy situation and should be handled with caution. For the case of Krystiniamarie knowing her cousin as being a marine with (PTSD) she was very nervous about how to deal with these people she believed to be friends of his. She followed a line of actions that would keep her safe from the potential actions of highly trained people that could cause her severe bodily harm. In light of this information and her record of being an outstanding employee I find myself deeply disturbed with the level of resistance she is meeting in her hearings and attempts to return to a working status with your company. Krystiniamarie is a woman with a strong moral compass and a desire to do please others around her. These are qualities that I know Disney to look strongly upon, and are highly valued by any employer.

I humbly ask that you reconsider the stance that you have taken in firing Krystiniamarie, and ask that you reinstate her status in your company to active. Far be it for me to tell you who to fire or re-hire, I understand this is your job and you of course know it far better than I. However given the circumstances behind Krystiniamarie and this incident, I ask that you please take the time to investigate the actual happenings surrounding this incident and not treat it as a purely black and white event wherein Krystiniamarie was trying to make a quick profit off of the Disney company. I have faith that some digging into this incident will show Krystiniamarie as a competent and mature woman who has been and would be again an asset to the company, as opposed to a much younger person trying to turn a quick profit at the cost of the company.

Sincearly
AT3 Parris
United States Navy